**DUPLICATE**



THIS CERTIFICATE IS
NOT ASSIGNABLE

**SEVERAL LIABILITY NOTICE**
The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

**JURISDICTION AND GOVERNING LAW**
The agreement is subject to English Law and practice and to the non-exclusive jurisdiction of the English Courts.

# Certificate of Insurance No. 5296 M 3553931

This is to Certify that *Osprey Underwriting Agency Ltd.*, are authorised by Underwriters at Lloyd's to sign and issue this Certificate on their behalf *(under Agreement number  B0702 RP9076301)* and that the said Underwriters at Lloyd's have undertaken to issue Policy/Policies of Insurance to cover up to *USD25,000,000 or EUR25,000,000 or the equivalent of USD25,000,000 in any other currency*, in which will be embodied the Insurance declared hereunder to have been effected. This Certificate is not valid in respect of insurances attaching after the *Thirty-first* day of *May, 2007 (local standard time)*.

for the Council of Lloyd's
Dated at Lloyd's, London, 31st May, 2006.

*We hereby declare under the authority of Underwriters at Lloyd's that an Insurance has been effected for :*

**ASSURED:-** TASSIN INTERNATIONAL and/or as may be required by contract.
2240 Peters Road, Harvey, LA 70058

**VESSEL(S):-** -

**PERIOD:-** From : 00.01 hours 28th December 2006 standard time local to the Assured.
To : 00.01 hours 28th December 2007 standard time local to the Assured.

**LIMIT OF LIABILITY:-**

USD 1,000,000 any one person.
USD 1,000,000 any one accident.

~~any one accident or occurrence arising from the same event combined single limit in respect of each vessel covered hereunder.~~

This Insurance is subject to the terms, conditions and clauses as set out attached hereto namely:-

**PREMIUM:** Minimum and Deposit Premium: ▓▓▓▓▓ in full per annum adjustable at 19% of Gross overwater payroll.

**EXHIBIT**

**A**

tabbies®

*Place of issue*  LONDON

*Date*  05 March 2007

*Signed*

Authorised Signatory
OSPREY UNDERWRITING AGENCY LTD.

**This Certificate not valid unless signed by**
OSPREY UNDERWRITING AGENCY LTD.

In the event of loss or damage or occurrence which may result in a claim under this insurance immediate notice must be given to Osprey Underwriting Agency Ltd.

All enquiries should be addressed to the
Lloyd's Approved Coverholder acting as
Agent for the Underwriters not the Assured.
Osprey Underwriting Agency Ltd.
Asia House, 31-33 Lime Street, London EC3M 7HT

**LLOYD'S**

All complaints by the Assured must be referred in the first instance to the Coverholder whose name and address are provided on this document. If no satisfaction is obtained, complaints should be referred to the Complaints and Advisory Department, Lloyd's, One Lime Street, London EC3M 7HA.
Telephone: +44 (0) 20 7327 1000

277442CM7097
© Lloyd's  2006

Lloyd's is regulated by the Financial Services Authority, 25 The North Colonnade, Canary Wharf, London E14 5HS

ATTACHING TO AND FORMING PART OF CERTIFICATE NOS:  5296 M 3553931

INTEREST:                MARITIME    EMPLOYERS    LIABILITY,    INCLUDING
                         TRANSPORT, WAGES, MAINTENANCE AND CURE.

CONDITIONS:              Maritime Employers' Liability Insurance Insuring Agreements
                         Form LSW 675 (12/97) with exclusion (a) and (J) deleted as
                         attached.
                         Items 3 and 4 of Declarations per Signed Application Form as
                         attached.
                         Osprey Blanket Waiver of Subrogation as attached.
                         Osprey Alternate Employer Endorsement as attached.
                         Osprey In-Rem Endorsement as attached.
                         Osprey Service of Suit Clause (01.04.96) as attached.
                         Osprey Law and Practice Clause as attached.
                         Subject to Osprey Terrorism & Malicious Acts Exclusion Clause
                         (18.09.01) as attached.
                         Institute Radioactive Contamination, Chemical, Biological, Bio-
                         Chemical and Electromagnetic Weapons Exclusion Clause CL.370
                         (10.11.03) as attached.
                         Brokers Cancellation Clause as attached.
                         Including Several Liability Notice LSW 1001 (Insurance) as
                         attached.
                         Excluding War and Civil War Risks absolutely.

DEDUCTIBLE:             USD 10,000 any one person.
                        USD 10,000 any one accident.

INFORMATION:            Tassin International have a job working for Harvest Oil & Gas.
                        Tassin International will be leasing the vessel(s)/equipment from
                        Dean International who are responsible for the Insurance of the
                        equipment.  Tassin International will be providing only the labour
                        for this job consisting of two to six men.
                        Approximately 50% of the time there will be 2 men working and
                        the other 50% there will be 6 men working.
                        TRIA 2002 as amended cover offered to and declined by the
                        Assured.

# PRIMARY MARITIME EMPLOYERS' LIABILITY INSURANCE
## POLICY NO. 5296 M 3553931

**I.**  **DECLARATIONS**

**Item 1.  Name(s) and Address(es) of Named Insured(s):**

TASSIN INTERNATIONAL and/or as may be required by contract.
2240 Peters Road, Harvey, LA 70058

**Item 2.  Term of Insurance:**

**From:**   28th December 2006

**Until:**   28th December 2007

**Item 3.  State(s) and Territories where Operations conducted:**

As per Application Form.

**Item 4.  Description of Operations:**

As per Application Form.

**Item 5.  Combined Single Limit of Liability for all Expenses and Indemnity:**

USD 1,000,000 any one person / USD1,000,000 any one accident.

USD   10,000 any one person / USD   10,000 any one accident.

**Item 6.  Premium:**

Minimum and Deposit Premium: ███████████ in full per annum adjustable at 19% of Gross overwater payroll.

II.   **COVERAGE**

A.  In consideration of the payment of the premium set out in Item 6 of the Declarations and in reliance upon the accuracy of the statements set forth in the application for this insurance which is appended hereto and incorporated herein by reference, We hereby agree, subject to the terms and conditions and the combined single limit, deductible and exclusions hereinafter mentioned, to pay all sums which You become legally obligated to pay, as employer, for compensatory damages under 46 U.S.C. §688 (the so-called "Jones Act") or the General Maritime Law of the United States, or for transportation, unearned wages, maintenance and cure and burial expenses, because of Bodily Injury by Accident or Bodily Injury by Disease, including wrongful death at any time resulting therefrom, sustained by any of your employees arising out of and in the course of their employment by You in either operations in the state(s) or territory(ies) designated in Item 3 of the Declarations or in operations necessary or incidental thereto.

B.  This insurance applies only in respect of bodily injuries sustained by any of your employees within the territorial limits of the United States of America and Canada, or over their Outer Continental Shelves or sustained by any of your employees who are citizens or residents of the United States of America and Canada and arising out and in the course of their employment by You in connection with your operations in the state(s) or territory(ies) designated in Item 3 of the Declarations, but this insurance does not cover either defence or indemnity in respect of, or any award(s) made, in any suit or action brought against You in any court outside the territorial limits of the United States of America and Canada or in respect of any action on any such judgement, wherever brought against You.

C.  This insurance also applies to bodily injuries sustained by your employees outside the territorial combined single limits of the United States of America and Canada in (a) operations of vessels plying directly between ports thereof and (b) operations from any ports which are described in Item 4 of the Declarations.

III.   **INVESTIGATION AND DEFENCE EXPENSES**

Subject to the terms and conditions and the combined single limit, deductible and exclusions herein mentioned, We will:

A.  Defend any action or suit by any of your employees and their relatives against You seeking compensatory damages under 46 U.S.C. §688 (the so-called "Jones Act") or the General Maritime Law of the United States, or for transportation, unearned wages, maintenance and cure and burial expenses, even if such action or suit is groundless, false or fraudulent, but We may make such investigations, negotiation and settlement of any claim or action or suit as We in the exercise of our sole discretion may deem expedient;

B.  Pay all premiums on bonds to secure the payment of damages or costs or to release attachments of your property and all premiums on appeal bonds in any such defended action or suit, but only to the extent that the claims against you are not in excess of the applicable combined single limit of our liability under this insurance and without any obligation to apply for or furnish any such bonds insofar as You may be concerned with such action or suit as may seek recovery from you of amounts in excess of the applicable combined single limit of our liability under this insurance;

C.  Pay investigation and defence expenses We incur, all costs taxed against You in any such action or suit and all interest accruing on any judgement therein, until We have paid or tendered or deposited into court such part of such judgement as does not exceed the combined single limit of our liability under this insurance;

D.  Pay You for all your reasonable expenses, other than loss of earnings, incurred at our request; and

in consideration of our undertaking of the aforementioned obligations, We

E.  Have the absolute right in our sole discretion to name and appoint any and all adjusters and attorneys to defend You in respect thereof.

The amounts We so pay for investigation and defence under this insurance are deducted from and are paid within and not in addition to the combined single limit of liability under this insurance as stated in Item 5 of the Declarations, so that such payments, as and when made, and your deductible as stated in Item 5 of the Declarations all operates to reduce the amount of the combined single limit of liability remaining available for the payment of indemnity and further expenses.

## IV.  EXCLUSIONS

**This insurance does not apply to and there is no coverage under this insurance for either defence or indemnity in respect of:**

A.  ~~Your liability for Bodily Injury by Accident or for Bodily Injury by Disease to the Officers and Crew of, and any of your employees on, any of your Owned And/or Operated Watercraft;~~

B.  Your liability arising from such of your operations in respect of which you have, under any Workers Compensation Law, other insurance or are qualified self-insurer therefor;

C.  Any additional Insureds or any liabilities to third parties other than relatives of your employees in their capacity as such;

D.  Your liability assumed under any contract or agreement;

E.  Your liability for any fines, penalties, punitive damages, exemplary damages, or any additional damages resulting from the multiplication of compensatory damages, however described;

F.  Your liability arising out of, or in connection with Occupational Disease and/or diseases contracted by your employees in the course of employment and as a result of the nature of the work performed;

G.  Any obligation for which You or any carrier as your insurers may be liable under the Workers' Compensation Law or Occupational Disease law of a nation or state or territory designated in Item 3 of the Declarations; or under any other workers' compensation, unemployment compensation or disability benefits law; or under any similar law;

H.  Your liability in respect of any person or persons employed as a diver or diver's assistant, whether or not engaged in diving operations at the time of any accident or contraction of disease which, except for this exclusion, might constitute a basis for a claim hereunder;

I.  Your liability for which there is in force for You or for your benefit a Protection and Indemnity insurance or similar insurance which would cover all or any part of such liability but for the presence therein of any "other insurance" clause, self insured retention or deductible clause, combined single limitation of liability clauses or similar clauses;

J.  ~~Your liability to or the liability of any alternate employer of any of your employees unless We specifically agree in advance to endorsement of such to this insurance and you have agreed to payment of additional premium therefor;~~

K.  Your liability for any damages, transportation, unearned wages, maintenance, cure or burial expenses as a consequence of the contraction by any of your employees of any Occupational Disease;

L.  Your liability arising from any Accident occurring or illness or Disease contracted at any time outside the term of this insurance;

M.  Your liability arising solely from your discrimination against or humiliation of any of your employees.

## V.  CONDITIONS

### 1.  PREMIUM

When used as a premium basis "remuneration" means the entire remuneration earned during the term of this insurance by all your executive officers and other employees engaged in operations covered by this insurance.

LSW 675 (12/97)

You shall maintain records of the information necessary for premium computation, and shall send copies of such records to us at the end of the term of this insurance and at such other times during the term of this insurance as We may direct.

If the premium stated in Item 6 of the Declarations is designated as minimum and deposits, then it is an estimated premium only, and upon termination of this insurance, the earned premium shall be computed in accordance with such terms, rates, premiums and minimum premiums as may be set forth in Item 6 of the Declarations of this insurance and all endorsements hereto. If the earned premium thus computed exceeds the minimum and a deposit premium previously paid, You shall pay to us the excess.

## 2. INSPECTION AND AUDIT

We shall be permitted, but not obligated, to inspect your property and operations at any time. Neither our right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking on your behalf or for your benefit or others to determine or warrant that such property or operations are safe.

We may examine and audit your books and records at any time during the term of this insurance and any extensions hereof and within three years after the final termination of this insurance, as far as they relate to the subject matter of this insurance.

## 3. COMBINED SINGLE LIMIT OF LIABILITY AND DEDUCTIBLE

The combined single limit of liability stated in Item 5 of the Declarations is the total combined single limit of liability, inclusive of your deductible as also stated in Item 5 of the declarations, because of Bodily Injury by Accident, including death resulting therefrom, sustained by one or more of your employees as a result of any one accident occurring during the term of this insurance.

The combined single limit of liability stated in Item 5 of the Declarations is the total combined single limit of our liability, because of Bodily Injury by Disease, inclusive of your deductible as also stated in Item 5 of the Declarations, including death resulting therefrom, contracted during the term of this insurance by one or more of your employees in operations in any one state or territory designated in Item 3 of the Declarations or in operations necessary or incidental thereto.

Inclusion of more than one of You under this insurance shall not operate to increase the combined single limit of liability stated in Item 5 of the Declarations.

We will not pay any indemnity and expenses of investigation and defence until the total of same exceeds the amount of your deductible as stated in Item 5 of the Declarations, and we will then pay such indemnity and expenses of investigation and defence as may be in excess of your deductible as stated in Item 5 of the Declarations but less than the amount of the combined single limit of liability also stated in Item 5 of the Declarations. It shall be a condition precedent to our undertaking of your defence as provided above that you remit forthwith upon our request therefor the amount of your deductible as stated in Item 5 of the Declarations.

## 4. DEFINITIONS

**For the purposes of this insurance:**

A. "Accident" shall mean and include an event within the term of this insurance, the occurrence of which (and not the result thereof) is neither expected or intended from your viewpoint, but neither Assault nor Battery shall not be deemed an Accident if committed by or at your direction.

B. "Bodily Injury by Accident" shall mean and include all physical injury by Accident to a human being employed by You, including death, sickness, disease or disability and all mental injury, anguish or shock to such human being resulting directly from such physical injury by Accident, and all mental injury, anguish or shock suffered by any relative of such employed human being directly resulting from such physical injury by Accident, it being expressly understood and agreed by You that the contraction of disease in and of itself is not an Accident within the meaning of the word "Accident" as defined first above or in the term "Bodily Injury by Accident".

LSW 675 (12/97)                                                                    Page 4 of 6

"Bodily Injury by Disease" shall mean and include only such contractions of illness and disease as are not included within the definition above of "Bodily Injury by Accident".

C. "Non-Owned or Operated Watercraft or Vessel" shall mean any type of waterborne structure or vessel, whether or not capable of moving under its own power, which is not owned by, chartered by, loaned to, rented to or operated by or for You.

D. "Owned and/or Operated Watercraft" shall mean any type of waterborne structure or vessel, whether or not capable of moving under its own power, which is owned by, chartered by, loaned to, rented to or operated by or for You.

E. "Occupational Disease" shall mean any injury, including death, sickness, disease or disability defined or classified as occupational disease by, in or under the authority of any workers' compensation, unemployment compensation or disability benefits, laws, statutes or regulations of any jurisdiction in which the condition was incurred, contracted or arose or in any jurisdiction in which suit or action on same is instituted or pending.

F. "State" shall mean and include the District of Columbia and any state or territory of the United States of America.

G. "Workers' Compensation Law" shall mean the workers' compensation law and any occupational disease law of any nation, state or territory designated in Item 3 of the Declarations.

H. "We," "us" and "our" refer to the Insurer(s) subscribing to the insurance evidenced by this wording, be they natural or judicial persons and be they one or more.

I. "You" and "Your" refer to, include and combined single limited to:

   (i)  The Named Insured(s) designated in Item 1 of the Declarations, and if designated therein as a partnership or joint venture, any partner or venturer thereof but only in respect of his or its liability as and arising from such.

   (ii) Any officer, director, stockholder, partner or employee of the Named Insured(s), while acting in his capacity as such.

5. **CROSS LIABILITY**

In the event of claims being made by reason of bodily injury suffered by any employee of one of You for which another is or may be liable, then this insurance shall cover any of You against whom such a claim is made in the same manner as if separate insurances had been issued to each of You, but this shall not operate to increase our combined single limit of liability as set forth in Item 5 of the Declarations.

6. **NOTICE OF INJURY**

When an injury occurs, written notice shall be given to us by or on your behalf as soon as practicable, and such notice shall include particulars sufficient to identify You and, insofar as then possible, the time, place and circumstances of the Bodily Injury, the names and addresses of the injured and of known witnesses.

7. **NOTICE OF CLAIM OR SUIT**

When and if a claim is made or action, suit or other proceeding is brought against You, You shall immediately forward to us every demand, notice, summons, or other process received by you or your representative in respect thereof.

8. **YOUR ASSISTANCE AND CO-OPERATION**

You shall co-operate with us and upon our request shall attend hearings and trials and shall assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses and in the conduct of suits or proceedings.

9.   ACTION AGAINST US

No action shall be taken against us unless, as a condition precedent thereto, You shall have fully
complied with all the requirements of this insurance, nor until the amount of your obligation to pay
shall have been fully determined either by judgement against You after actual trial or by written
agreement among the claimant, You and us.

10.  SUBROGATION

In the event of any payment under this insurance, then We shall be subrogated to all your rights of
recovery therefor, and those of any person entitled to the benefits of this insurance, against any person
or organisation, and You shall execute and deliver all such instruments and papers and do whatever else
is necessary to secure to us such rights.  You shall do nothing after loss to prejudice such rights.

11.  CHANGES

Notice to or knowledge possessed by any person shall not effect a waiver or change in any part of this
insurance or to stop us from asserting any right under this insurance; nor shall the terms of this
insurance be waived or changed, except by endorsement issued to form a part hereof and signed by us.

12.  ASSIGNMENT

Assignment of interest under this insurance shall not bind us unless and until our consent is endorsed
hereon.

13.  CANCELLATION

This insurance may be cancelled by You or by Us or by our respective representatives by sending by
registered mail notice to the other party stating when, not less than thirty (30) days thereafter,
cancellation shall be effective.  Our mailing to You of notice as aforesaid at the address shown in Item
1 of the Declarations shall be sufficient proof of notice; and this insurance shall end on the effective
date and hour of cancellation stated in said notice.  Either your or our actual delivery of such written
notice shall be equivalent to mailing.

We may cancel this insurance for reason of non-payment of premium to Us by sending by registered
mail notice to You stating when, not less than ten (10) days thereafter, cancellation shall be effective.
Our mailing to You of notice as aforesaid at the address shown in Item 1 of the Declarations shall be
sufficient proof of notice, and this insurance shall end on the effective date and hour of cancellation
stated in the said notice.  Either you or our actual delivery of such written notice shall be equivalent to
mailing.

If this insurance shall be cancelled by You, then We shall retain the customary short rate proportion of
the premium for the period this insurance has been in force.  If we cancel this insurance, then We shall
retain the pro rata proportion of the premium for the period this insurance has been in force.  Our notice
of cancellation shall be effective even though We make no payment or return premium with such
notice.

14.  INSOLVENCY

Neither your nor our insolvency, bankruptcy, receivership or refusal or inability to pay shall operate to
increase our liability or any of our share of liability under this insurance.

## BLANKET WAIVER OF SUBROGATION

It is agreed that these Underwriters waive their rights of subrogation against any person or organisation to whom the Named Assured is obligated by written contract to provide such waiver, but only to the extent of such obligation and only with respect to operations by or on behalf of the Named Assured or the facilities of or used by the Named Assured.

## ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer as required by contract. The insurance afforded by this Cover Note / Certificate will apply as though the alternate employer is insured.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the Workers' Compensation Law. Underwriters will not file evidence of this insurance on behalf of the alternate employer with any government agency.

Underwriters will not ask any other insurer of this alternate employer to share or participate in a loss covered by this endorsement.

The Certificate may be cancelled accordingly to its terms without sending notice to the alternate employer.

The Insuring Agreements, Exclusions and Conditions of the Cover Note / Certificate shall apply to the alternate employer, except condition No. 13, "Cancellation" (LSW 675) and condition 12 "Cancellation" (LSW 676) which shall not apply to the alternate employer.

## IN-REM ENDORSEMENT

It is agreed that any loss, otherwise covered by this Certificate shall be considered covered thereby even though asserted by an action "In Rem" instead of action "In Personam", all limitations, exclusions and other provisions of the Certificate shall be applicable to this endorsement.

(1.04.96)

## OSPREY SERVICE OF SUIT CLAUSE

It is agreed that in the event of the failure of the Underwriters severally subscribing this insurance (the Underwriters) to pay any amount claimed to be due hereunder, the Underwriters, at the request of the Assured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America.

Notwithstanding any provision elsewhere in this insurance relating to jurisdiction, it is agreed that the Underwriters have the right to commence an action in any court of competent jurisdiction in the United States of America, and nothing in this clause constitutes or should be understood to constitute a waiver of the Underwriters' rights to remove an action to a United States Federal District Court or to seek remand therefrom or to seek a transfer of any suit to any other court of competent jurisdiction as permitted by the laws of the United States of America or any state therein.

Subject to the Underwriters' rights set forth above:

(a)   It is further agreed that the Assured may serve process upon any senior partner in the firm of:

**Mendes & Mount (Attorneys), 750 Seventh Avenue, New York N.Y. 10019-6829**

and that in any suit instituted against any one of them upon this contract the Underwriters will abide by the final decision of the Court or of any Appellate Court in the event of an appeal.

(b)   The abovenamed are authorised and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Assured to give a written undertaking to the Assured that they will enter a general appearance upon the Underwriters' behalf in the event such a suit shall be instituted.

(c)   The right of the Assured to bring suit as provided herein shall be limited to a suit brought in its own name and for its own account. For the purpose of suit as herein provided the word Assured includes any mortgagee under a ship mortgage which is specifically named as a loss payee in this insurance and any person succeeding to the rights of any such mortgagee.

(d)   Further, pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office (the Officer), as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the abovenamed as the person to whom the Officer is authorised to mail such process or a true copy thereof.

If this clause is attached to a contract of reinsurance the terms insurance and Assured shall mean reinsurance and Reassured respectively

**Subject, in all respects, to the Osprey Law and Practice Clause as contained in the clauses dated 1.04.96**

## OSPREY LAW AND PRACTICE CLAUSE

Notwithstanding anything else to the contrary, this insurance is subject to English law and practice and any dispute under or in connection with this insurance is to be referred to Arbitration in London, one Arbitrator to be nominated by the Assured and the other by Osprey on behalf of Underwriters.   The Arbitration shall be conducted pursuant to exclusive supervision of the English High Court of Justice.  In case the Arbitrators shall not agree, then the dispute shall be submitted to an Umpire to be appointed by them.  The award of the Arbitrators or the Umpire shall be final and binding upon both parties.  In the event of a conflict between this clause and any other provision of this insurance, this clause shall prevail and the right of either party to commence proceedings before any Court or Tribunal in any other jurisdiction shall be limited to the process of enforcement of any award hereunder.

## INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE

**This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith**

1.      In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from

   1.1      ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel

   1.2      the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof

   1.3      any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter

   1.4      the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes

   1.5      any chemical, biological, bio-chemical or electromagnetic weapon.

CL 370
Dated: 10.11.2003.


(18.09.2001)


## OSPREY TERRORISM & MALICIOUS ACTS EXCLUSION CLAUSE


In no case shall this insurance cover any loss damage liability or expense caused by or relating to:-

1.      The attempt to or actual detonation of any explosive or the operation of any munition or other similar harmful device, including but not limited to biological &/or chemical device.

2.      The act or attempted acts of any terrorist or group of terrorists, irrespective of their motives be they political, religious or other, or any person or group acting with a malicious intent.

## BROKERS CANCELLATION CLAUSE

It is hereby agreed between the Underwriters and the Assured that in the event of the Assured (or their Agents on whose instructions insurance may have been effected) failing to pay Newman Martin and Buchan Limited the premium or any instalment thereof on the due date, this Policy may be forthwith cancelled by New Martin and Buchan Limited giving to the Underwriters notice in writing. The Underwriters will thereupon return to Newman Martin and Buchan Limited pro rata premium from the date of notice or from such later date as cancellation may be required in the said notice.

## SEVERAL LIABILITY NOTICE INSURANCE (LSW1001)

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

12-29-2006 12:57   MORRISON INS AGENCY 5048039936                          PAGE3

# OSPREY UNDERWRITING AGENCY LIMITED

### MARITIME EMPLOYER'S LIABILITY
### APPLICATION FORM (1/1/96)

1)   A. Full name and address of Assured:
     *TASSIN INTERNATIONAL, Ltd.*
     *2240 PETERS ROAD*
     *HARVEY, LA 70058*
     B. How many years has Assured been in operation:
     *17*

2)   Full details of Assured's overwater operation: *THE WORK WILL TAKE PLACE*
     *IN INLAND LAKES AND RIVERS OF SOUTH LOUISIANA AND IT*
     *WILL INVOLVE THE USE OF EARTH MOVING EQUIPMENT. THE INSURED*
     *WILL PERFORM SERVICES SUCH AS EXCAVATION, DITCH DIGGING*
     *AND CONSTRUCTION OF DIKES AND DAMS. THIS WORK WILL INCLUDE*
     *PLUMBING OPERATIONS AND CLEANING, MAINTENANCE AND*

3)   Total number of employees: *6*  *REPAIR OF AUXILIARY EQUIPMENT AS WELL AS*
                                       *MISCELLANEOUS WORK AT THE OIL OR GAS*
4)   Total Gross annual Payroll: *240,000*  *LEASE SITE.*

5)   Total number of employees exposed overwater per annum:
     *2 TO 6*

6)   Maximum number of employees exposed overwater at any one time:
     *2 TO 6*

7)   Gross overwater payroll split for last 12 months:         A) Jones Act: *"IF ANY"*

                                                               B) L.S.H.W.A: *-0-*

8)   Gross overwater payroll split for next 12 months:         A) Jones Act: *"IF ANY"*

                                                               B) L.S.H.W.A: *240,000*

     (Underwriters reserve the right to audit the Assured's accounts at any time, at Underwriters
     expense)

9)   Does the Assured engage in any diving operations:
     *NO*

10)  Does the Assured own and/or operate any *watercraft? Please provide full details:
     *YES HE OWNS THE "MR. T" AND "MISS DIANE" but INSURED*
     *HAS A SEPARATE P & I POLICY GCM06505 COVERING*
11)  A. Do/will employees work on or from or have any connection with *watercraft during the policy
     period: *THE CREW.* *YES*

     B. Is *watercraft work done dockside and/or in Assured's yard only:
        *NO*

     C. If shipbuilding/shiprepair do employees do trial trips, if so how often and time involved per
        annum: *N/A*

12-28-2006 12:57   MORRISON INS AGENCY 5048889996                                    PAGE4

## MARITIME EMPLOYER'S LIABILITY
## APPLICATION FORM (1/1/96)
## (CONTINUED)

Assured's Name

11)  D.  If employees work on or from or have any connection with *watercraft away from dockside, does
         any one employee spend more than 20% of their time working on or from or in connection with
         *watercraft: YES

     E.  Does/will the Assured have jobs of short duration overwater. If so, please the maximum percentage
         of time during the job that any one employee will be working on or from or in connection with
         *watercraft:
                75%

     F.  Do/will employees keep any of their tools or equipment on watercraft:
                YES

12)  Full 5 year death/injury/illness record including any reserves (including any claim/incident arising
     overwater reported to Workmen's Compensation and/or L.S.H.W.A. Insurers), use separate sheet if
     necessary. NONE

13)  A.  Present Insurers:   NEW               B.  Expiring date:

     C.  Limits carried:                       D.  Limit required:  1,000,000

     E.  Premium charged:

*Note:   The definition of a watercraft includes any vessel or special purpose structure other than a fixed,
         permanent platform which is capable of navigation either under its own power or being towed.
         Jack-ups, semi-submersibles and/or other barges are deemed to be watercraft for the purpose of the
         above questions.

## IMPORTANT:

THIS QUESTIONNAIRE IS TO BE COMPLETED AND SIGNED BY THE ASSURED AND
WILL FORM PART OF THE MARITIME EMPLOYER'S LIABILITY POLICY ISSUED.

THE PREMIUM CHARGED AND THE CONDITIONS OF THIS POLICY ARE BASED UPON
THE INFORMATION PROVIDED IN THIS QUESTIONNAIRE. ANY OPERATIONAL AND/OR
PHYSICAL CHANGES IN THE NATURE OF THE ASSURED'S OVERWATER OPERATION
DURING THE POLICY PERIOD WHICH MATERIALLY CHANGES OR ALTERS IN ANY
WAY THE INFORMATION CONTAINED IN THIS QUESTIONNAIRE MUST IMMEDIATELY
BE ADVISED TO UNDERWRITERS. ANY CHANGES ADVISED WILL BE ASSESSED BY
UNDERWRITERS TO ENABLE THEM TO DECIDE WHETHER THEY ARE PREPARED TO
CONTINUE TO PROVIDE THIS COVERAGE AND AT WHAT TERMS.   FAILURE TO
COMPLY WITH THIS REQUIREMENT WILL VOID THE POLICY.

Signature of Assured:                          Dated:  12-28-06

Print Name:  TROY WILLIAMS

# OSPREY UNDERWRITING AGENCY LIMITED



Asia House, 31-33 Lime Street, London, EC3M 7HT
Telephone: 020-7283 1227
Fax: 020-7283 9212
pandi@osprey-uwr.co.uk

## Agency Security for Protection & Indemnity

With effect from the 1st June 2006, the security on which Osprey Underwriting Agency underwrites the Protection & Indemnity account is as follows:

| Syndicate | Syndicate Number | Signed Line |
|---|---|---|
| WEL | 2020 | 20.000% |
| AGM | 2488 | 18.482% |
| BRT | 2987 | 14.786% |
| SJC | 2003 | 15.000% |
| AES | 1225 | 7.393% |
| WTK | 457 | 7.393% |
| AUW | 609 | 7.500% |
| TAL | 1183 | 5.750% |
| XL | 1209 | 3.696% |

We are able to offer limits for P&I up to $25,000,000 any one accident and/or occurrence. The security for which is 100% Lloyd's of London and the participating syndicates are as above.

Registered Office: Asia House, 31-33 Lime Street, London, EC3M 7HT
Registered Number: 2519540
FSA Reference: 312791

1

NEWMAN MARTIN AND BUCHAN LIMITED/702

| | |
|---|---|
| TYPE: | LIABILITY INSURANCE. |
| FORM: | OSPREY POLICY. |
| INSURED: | TASSIN INTERNATIONAL and/or as may be required by contract. Address: 2240 Peters Road, Harvey, LA 70058 |
| PERIOD: | 12 months: From: 00.01 hours 28th December, 2006 standard time local to the Insured. Until: 00.01 hours 28th December, 2007 standard time local to the Insured. |
| INTEREST: | MARITIME EMPLOYERS LIABILITY. |
| LIMIT: | USD1,000,000 any one person USD1,000,000 any one accident. |
| DEDUCTIBLE: | USD10,000 any one person USD10,000 any one accident. |
| CONDITIONS: | LSW675 MARITIME EMPLOYERS' LIABILITY (12/97). Exclusions (A) and (J) deleted. Items 3 and 4 of Declarations per signed Application form attached. Osprey Waiver(s) of Subrogation. Osprey Alternate Employer Endorsement. Osprey In Rem Endorsement as attached. Osprey Law and Practice Clause. Osprey Service of Suit Clause. Osprey Terrorism and Malicious Acts Exclusion Clause. Institute Radioactive Contamination, Chemical, Biological, Bio- Chemical and Electromagnetic Weapons Exclusion Clause 10th November 2003, Cl.370. Brokers Cancellation Clause. Including Several Liability Notice LSW 1001 (Insurance). Excluding War and Civil War Risks absolutely. |
| MINIUM AND DEPOSIT PREMIUM: | ██████ in full per annum adjustable at 19% of Gross overwater payroll |
| DEDUCTIONS: | 20% |
| ORDER: | 100% of limits and amounts hereon. |
| US CLASSIFICATION: | To be advised prior attachment. |
| SECURITY: | 100% Underwriters at Lloyd's per Osprey Underwriting Agency Limited. Osprey Underwriting Agency Limited is a related company of Newman Martin and Buchan Limited. |
| INFORMATION: | Tassin International have a job working for Harvest Oil & Gas. Tassin International will be leasing the vessel(s)/equipment from Dean International who are responsible for the Insurance of the equipment. Tassin International will be providing only the labour for this job consisting of two to six men. Approximately 50% of the time there will be 2 men working and the other 50% there will be 6 men working. TRIA 2002 as amended cover offered to and declined by the Insured. |

12-29-2006 12:57   MORRISON INS AGENCY 5048889996

PAGE3

# OSPREY UNDERWRITING AGENCY LIMITED

### MARITIME EMPLOYER'S LIABILITY
### APPLICATION FORM (1/1/96)

1)  A. Full name and address of Assured:
*TASSIN INTERNATIONAL, Ltd.*
*2240 PETERS ROAD*
*HARVEY, LA 70058*

B. How many years has Assured been in operation:
*17*

2)  Full details of Assured's overwater operation: *THE WORK WILL TAKE PLACE IN INLAND LAKES AND RIVERS OF SOUTH LOUISIANA AND IT WILL INVOLVE THE USE OF EARTH MOVING EQUIPMENT. THE INSURED WILL PERFORM SERVICES SUCH AS EXCAVATION, DITCH DIGGING AND CONSTRUCTION OF DIKES AND DAMS. THIS WORK WILL INCLUDE PLUMBING OPERATIONS AND CLEANING, MAINTENANCE, AND*

3)  Total number of employees: *REPAIR OF AUXILIARY EQUIPMENT AS WELL AS*
*6*     *MISCELLANEOUS WORK AT THE OIL OR GAS*

4)  Total Gross annual Payroll: *LEASE SITE.*
*240,000*

5)  Total number of employees exposed overwater per annum:
*2 TO 6*

6)  Maximum number of employees exposed overwater at any one time:
*2 TO 6*

7)  Gross overwater payroll split for last 12 months:        A) Jones Act:  *"IF ANY"*

B) L.S.H.W.A:  *—0—*

8)  Gross overwater payroll split for next 12 months:        A) Jones Act:  *"IF ANY"*

B) L.S.H.W.A:  *240,000*

(Underwriters reserve the right to audit the Assured's accounts at any time, at Underwriters expense)

9)  Does the Assured engage in any diving operations:
*NO*

10) Does the Assured own and/or operate any *watercraft? Please provide full details:
*YES HE OWNS THE "MR. T" AND "MISS DIANE" but INSURED HAS A SEPARATE P & I POLICY GCM 06505 COVERING THE CREW.*

11) A. Do/will employees work on or from or have any connection with *watercraft during the policy period: *YES*

B. Is *watercraft work done dockside and/or in Assured's yard only:
*NO*

C. If shipbuilding/shiprepair do employees do trial trips, if so how often and time involved per annum: *N/A*



12-28-2006 12:57   MORRISON INS AGENCY 5048889996                                    PAGE4

### MARITIME EMPLOYER'S LIABILITY
### APPLICATION FORM (1/1/96)
### (CONTINUED)

Assured's Name

11)  D.  If employees work on or from or have any connection with *watercraft away from dockside, does
any one employee spend more than 20% of their time working on or from or in connection with
*watercraft  *YES*

E.  Does/will the Assured have jobs of short duration overwater: If so, please the maximum percentage
of time during the job that any one employee will be working on or from or in connection with
*watercraft:

*75%*

F.  Do/will employees keep any of their tools or equipment on watercraft  *YES*

12)  Full 5 year death/injury/illness record including any reserves (including any claim/incident arising
overwater reported to Workmen's Compensation and/or L.S.H.W.A. Insurers), use separate sheet if
necessary:  *NONE*

13)  A.  Present Insurers:  *NEW*           B.  Expiring date:

C.  Limits carried:                         D.  Limit required:  *1,000,000*

E.  Premium charged:

*Note:   The definition of a watercraft includes any vessel or special purpose structure other than a fixed,
permanent platform which is capable of navigation either under its own power or being towed.
Jack-ups, semi-submersibles and/or other barges are deemed to be watercraft for the purpose of the
above questions.

## IMPORTANT:

THIS QUESTIONNAIRE IS TO BE <u>COMPLETED AND SIGNED BY THE ASSURED AND
WILL FORM PART OF THE MARITIME EMPLOYER'S LIABILITY POLICY ISSUED.</u>

THE PREMIUM CHARGED AND THE CONDITIONS OF THIS POLICY ARE BASED UPON
THE INFORMATION PROVIDED IN THIS QUESTIONNAIRE. ANY OPERATIONAL AND/OR
PHYSICAL CHANGES IN THE NATURE OF THE ASSURED'S OVERWATER OPERATION
DURING THE POLICY PERIOD WHICH MATERIALLY CHANGES OR ALTERS IN ANY
WAY THE INFORMATION CONTAINED IN THIS QUESTIONNAIRE MUST IMMEDIATELY
BE ADVISED TO UNDERWRITERS. ANY CHANGES ADVISED WILL BE ASSESSED BY
UNDERWRITERS TO ENABLE THEM TO DECIDE WHETHER THEY ARE PREPARED TO
CONTINUE TO PROVIDE THIS COVERAGE AND AT WHAT TERMS.   FAILURE TO
<u>COMPLY WITH THIS REQUIREMENT WILL VOID THE POLICY.</u>

_____                     *12-28-06*
Signature of Assured:                                    Dated:
*Troy Williams*
Print Name:



| | |
|---|---|
| TYPE: | LIABILITY INSURANCE. |
| FORM: | OSPREY POLICY. |
| INSURED: | TASSIN INTERNATIONAL and/or as may be required by contract.<br>Address: 2240 Peters Road, Harvey, LA 70058 |
| PERIOD: | 12 months:<br>From: 00.01 hours Date TBA, 2006 standard time local to the Insured.<br>Until: 00.01 hours Date TBA, 2007 standard time local to the Insured. |
| INTEREST: | MARITIME EMPLOYERS LIABILITY. |
| LIMIT: | USD1,000,000 any one person<br>USD1,000,000 any one accident. |
| DEDUCTIBLE: | USD10,000 any one person<br>USD10,000 any one accident. |
| CONDITIONS: | LSW675 MARITIME EMPLOYERS' LIABILITY (12/97).<br>Exclusions (A) and (J) deleted.<br>Items 3 and 4 of Declarations per Application.<br>Osprey Waiver(s) of Subrogation.<br>Osprey Alternate Employer Endorsement.<br>Osprey In Rem Endorsement as attached.<br>Osprey Law and Practice Clause.<br>Osprey Service of Suit Clause.<br>Osprey Terrorism and Malicious Acts Exclusion Clause.<br>Institute Radioactive Contamination, Chemical, Biological, Bio- Chemical and Electromagnetic Weapons Exclusion Clause 10th November 2003, Cl.370.<br>Brokers Cancellation Clause.<br>Including Several Liability Notice LSW 1001 (Insurance).<br>Excluding War and Civil War Risks absolutely. |
| MINIUM AND DEPOSIT PREMIUM: | ▓▓▓▓▓ in full per annum adjustable at _19_ % of Gross overwater payroll.<br>10% AP in respect of TRIA 2002 as amended cover, if required. |
| DEDUCTIONS: | 20% |
| ORDER: | 100% of limits and amounts hereon. |
| US CLASSIFICATION: | To be advised prior attachment. |
| SECURITY: | 100% Underwriters at Lloyd's per Osprey Underwriting Agency Limited.<br>Osprey Underwriting Agency Limited is a related company of Newman Martin and Buchan Limited. |
| INFORMATION: | As per application form attached – to be signed prior attachment.<br>Tassin International have a job working for Harvest Oil & Gas. Tassin International will be leasing the vessel(s)/equipment from Dean International who are responsible for the Insurance of the equipment. Tassin International will be providing only the labour for this job consisting of two to six men. Approximately 50% of the time there will be 2 men working and the other 50% there will be 6 men working. |

QUOTE
VALID FOR ONLY
30 DAYS HEREON

#202677v2

# OSPREY UNDERWRITING AGENCY LIMITED

## MARITIME EMPLOYER'S LIABILITY
## APPLICATION FORM (1/1/96)

1)   A. Full name and address of Assured:
*TASSIN INTERNATIONAL*
*2240 PETERS ROAD*
*HARVEY, LA 70058*

     B. How may years has Assured been in operation: *17*

2)   Full details of Assured's overwater operation: *THE WORK WILL TAKE PLACE IN INLAND LAKES AND RIVERS OF SOUTH LOUISIANA AND IT WILL INVOLVE THE USE OF EARTH MOVING EQUIPMENT. THE INSURED WILL PERFORM SERVICES SUCH AS EXCAVATION ditch digging AND CONSTRUCTION OF dikes AND dams. This WORK WILL INCLUDE PLUMBING OPERATIONS AND CLEANING, MAINTENANCE AND REPAIR OF AUXILIARY EQUIPMENT AS WELL AS MISCELLANEOUS WORK AT THE OIL OR GAS LEASE SITE.*

3)   Total number of employees: *6*

4)   Total Gross annual Payroll: *240,000*

5)   Total number of employees exposed overwater per annum: *2 to 6*

6)   Maximum number of employees exposed overwater at any one time: *2 to 6*

7)   Gross overwater payroll split for last 12 months:

                  A) Jones Act: *"IF ANY"*

                  B) L.S.H.W.A.: *—0—*

8)   Gross overwater payroll split for next 12 months:

                  A) Jones Act: *"IF ANY"*

                  B) L.S.H.W.A.: *240,000*

(Underwriters reserve the right to audit the Assured's accounts at any time, at Underwriters expense)

9)   Does the Assured engage in any diving operations: *NO*

10)  Does the Assured own and/or operate any \*watercraft? Please provide full details: *YES HE OWNS THE "MR. T" AND "MISS DIANE" but INSURED HAS A SEPARATE P & I POLICY GCM 06505 covering THE CREW.*

11)  A.  Do/will employees work on or from or have any connection with \*watercraft during the policy period: *YES*

      B.  Is \*watercraft work done dockside and/or in Assured's yard only: *NO*

      C.  If shipbuilding/shiprepair do employees do trial trips, if so how often and time involved per annum: *N/A*

### MARITIME EMPLOYER'S LIABILITY
### APPLICATION FORM (1/1/96)
### (CONTINUED)

Assured's Name

11)  D.   If employees work on or from or have any connection with *watercraft away from dockside, does
        any one employee spend more than 20% of their time working on or from or in connection with
        *watercraft: *YES*

     E.   Does/will the Assured have jobs of short duration overwater. If so, please the maximum percentage
        of time during the job that any one employee will be working on or from or in connection with
        *watercraft:
              *75%*

     F.   Do/will employees keep any of their tools or equipment on watercraft:
              *YES*

12)  Full 5 year death/injury/illness record including any reserves (including any claim/incident arising
     overwater reported to Workmen's Compensation and/or L.S.H.W.A. Insurers), use separate sheet if
     necessary: *NONE*

13)  A.   Present Insurers:  *NEW*                    B.   Expiring date:

     C.   Limits carried:                             D.   Limit required: *1,000,000*

     E.   Premium charged:

*Note:   The definition of a watercraft includes any vessel or special purpose structure other than a fixed,
        permanent platform which is capable of navigation either under its own power or being towed.
        Jack-ups, semi-submersibles and/or other barges are deemed to be watercraft for the purpose of the
        above questions.

## IMPORTANT:

THIS QUESTIONNAIRE IS TO BE <u>COMPLETED AND SIGNED BY THE ASSURED AND
WILL FORM PART OF THE MARITIME EMPLOYER'S LIABILITY POLICY ISSUED.</u>

THE PREMIUM CHARGED AND THE CONDITIONS OF THIS POLICY ARE BASED UPON
THE INFORMATION PROVIDED IN THIS QUESTIONNAIRE. ANY OPERATIONAL AND/OR
PHYSICAL CHANGES IN THE NATURE OF THE ASSURED'S OVERWATER OPERATION
DURING THE POLICY PERIOD WHICH MATERIALLY CHANGES OR ALTERS IN ANY
WAY THE INFORMATION CONTAINED IN THIS QUESTIONNAIRE MUST IMMEDIATELY
BE ADVISED TO UNDERWRITERS. ANY CHANGES ADVISED WILL BE ASSESSED BY
UNDERWRITERS TO ENABLE THEM TO DECIDE WHETHER THEY ARE PREPARED TO
CONTINUE TO PROVIDE THIS COVERAGE AND AT WHAT TERMS. <u>FAILURE TO
COMPLY WITH THIS REQUIREMENT WILL VOID THE POLICY.</u>

Signature of Assured:

                                                      Dated:

Print Name:

# OSPREY UNDERWRITING AGENCY LIMITED

3rd Floor, Asia House, 31-33 Lime Street, London EC3M 7HT
Telephone: 020 7283 1227
Fax: 020 7283 9212

NEWMAN MARTIN & BUCHAN LTD
NMB HOUSE
17 BEVIS MARKS
LONDON
EC3A 7LN

**DEBIT NOTE**

Number: 16611

Date: 08/01/2007

Assured: TASSIN INTERNATIONAL LTD

Per: MINIMUM & DEPOSIT PREMIUM

Our Risk Reference: 06 / 5296

Your Risk Reference:

Currency: U.S. Dollars

Limit of Liability: 1,000,000

Risk Period: 28/12/2006 to 27/12/2007

| Note Number | Gross Premium | Brokerage | Net Premium | Due Date |
|-------------|---------------|-----------|-------------|----------|
|             |               |           |             |          |

Registered Office: Asia House, 3rd Floor, 31-33 Lime Street, London EC3M 7HT
Registered Number: 2519540
Authorised and regulated by the Financial Services Authority – reference number 312791